IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00973-LTB

EUGENE ADAMS,

    Plaintiff,

v.

DENVER COUNTY JAIL,
DENVER CITY JAIL,
NURSE STAFF OF COUNTY JAIL,
DENVER SHARIFF DEPT., and
A CITY A STATE OF COLO.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                      Deputy Clerk